**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
Thomas R. Califano (TC-5283)
Vincent J. Roldan (VR-7450)

Attorneys for Appellants Essex House Condominium Corporation
and Marriott International, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                                        :
In re:                                                  :
                                                        :     Chapter 11 Case
DELTA AIR LINES, INC., *et al.*,                        :
                                                        :     Case Nos. 05-17923
                                    Debtors.            :     (Jointly Administered)
                                                        :
--------------------------------------------------------x

### NOTICE OF APPEAL

    PLEASE TAKE NOTICE that Essex House Condominium Corporation and Marriott

International, Inc. (collectively, "Marriott") by and through their counsel DLA Piper US LLP,

hereby appeal to the United States District Court for the Southern District of New York under 28

U.S.C. § 158(a) from the Stipulation and Order Regarding Termination of Period Under Section

1110 of the Bankruptcy Code With Respect to Aircraft N140LL, N681DA, N682DA, N125DL

and N126DL (Docket No. 6356) (the "Order"), entered by the United States Bankruptcy Court

for the Southern District of New York (Judge Adlai S. Hardin, Jr.) on June 26, 2007. A copy of

the Order appealed from is attached hereto as Exhibit A.


    The names of all parties to the Order appealed from and the names, addresses and

telephone numbers of their respective attorneys are as follows:

| Parties | Attorneys |
|---------|-----------|
| Delta Air Lines, Inc., et al. | Kristopher Hansen, Esq.<br>Jayme T. Goldstein, Esq.<br>STROOCK & STROOCK & LAVAN, LLP<br>180 Maiden Lane<br>New York, NY 10038<br>Telephone: (212) 806-5400<br>Facsimile: (212) 806-6006 |
| Essex House Condominium Corporation and Marriott International, Inc. | Thomas R. Califano, Esq.<br>Vincent J. Roldan, Esq.<br>DLA PIPER US LLP<br>1251 Avenue of the Americas<br>New York, NY 10028<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501 |
| Bank of New York as Indenture Trustee | Eric Fishman, Esq.<br>Leo T. Crowley, Esq.<br>PILLSBURY, WINTHROP, SHAW & PITTMAN, LLP<br>1540 Broadway<br>New York, NY 10036<br>Telephone: (212) 858-1740 |
| Post-Effective-Date Committee of Delta Air Lines, Inc. et al. | David H. Botter, Esq.<br>AKIN, GUMP, STRAUSS, HAUER & FELD, LLP<br>590 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002 |
| Ad Hoc Committee of Senior Note Holders | Julia Frost-Davies, Esq.<br>BINGHAM MC CUTCHEN, LLP<br>150 Federal Street<br>Boston, Massachusetts 02110 |

Telephone: (617) 951-8000
Facsimile: (617) 51-8736

F. Mark Fucci, Esq.
BINGHAM MC CUTCHEN, LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 705-7000

Dated:  July 5, 2007

DLA PIPER US LLP


By:_____/s/ Thomas R. Califano_____
      Thomas R. Califano (TC-5283)
      Vincent J. Roldan (VR-7450)
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500


Attorneys for Appellants
Essex House Condominium Corporation and
Marriott International, Inc.

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:                                            :

DELTA AIR LINES, INC. et al.,[1]                  :

                                                  :

                                  Debtors.        :

                                                  :

                                                  :

:   Chapter 11 Case No.

:   05-17923 (ASH)

:   (Jointly Administered)

**STIPULATION AND ORDER REGARDING TERMINATION OF PERIOD
UNDER SECTION 1110 OF THE BANKRUPTCY CODE WITH RESPECT TO
AIRCRAFT N140LL, N681DA, N682DA, N125DL AND N126DL**

This Stipulation and Order (the "**Stipulation**") is made as of June 4, 2007 by and

between Delta Air Lines, Inc. ("**Delta**") and The Bank of New York, solely as Indenture

Trustee (the "**Trustee**" and, together with Delta, the "**Parties**").  Pursuant to this

Stipulation, the Parties agree as follows:

WHEREAS, on February 15, 2006, the Court entered an Order approving that

certain Modified Restructuring Term Sheet, dated as of February 15, 2006 (as amended,

modified or supplemented from time to time, the "**Term Sheet**");

WHEREAS, on April 30, 2007, the Parties entered into following agreements

with respect to aircraft identified by Federal Aviation Administration numbers N140LL,

---

[1]    The Reorganized Debtors are the following entities:  ASA Holdings, Inc.; Comair Holdings, LLC;
Comair, Inc.; Comair Services, Inc.; Crown Rooms, Inc.; DAL Aircraft Trading, Inc.; DAL Global
Services, LLC; DAL Moscow, Inc.; Delta AirElite Business Jets, Inc.; Delta Air Lines, Inc.; Delta
Benefits Management, Inc.; Delta Connection Academy, Inc.; Delta Corporate Identity, Inc.; Delta
Loyalty Management Services, Inc.; Delta Technology, LLC; Delta Ventures III, LLC; Epsilon
Trading, LLC; Kappa Capital Management, Inc.; and Song, LLC.

N681DA, N682DA, N125DL and N126DL (collectively, the "**Aircraft**"): (<u>a</u>)

Restructuring Agreement (N140LL) (the "**N140LL Restructuring Agreement**"); (<u>b</u>)

Restructuring Agreement (N681DA) (the "**N681DA Restructuring Agreement**"); (<u>c</u>)

Restructuring Agreement (N682DA) (the "**N682DA Restructuring Agreement**"); (<u>d</u>)

Restructuring Agreement (N125DL) (the "**N125DL Restructuring Agreement**"); and

(<u>e</u>) Restructuring Agreement (N126DL) (the "**N126DL Restructuring Agreement**" and,

together with the N140LL Restructuring Agreement, the N681DA Restructuring

Agreement, the N682DA Restructuring Agreement and the N125DL Restructuring

Agreement, the "**Restructuring Agreements**");

WHEREAS, under section 6.14 of the N140LL Restructuring Agreement, the

N681DA Restructuring Agreement and the N682DA Restructuring Agreements and

section 6.15 of the N125DL Restructuring Agreement and the N126DL Restructuring

Agreement, the Parties agreed to cooperate to cause the Court to approve a stipulation or

order to terminate the extension period described in the Term Sheet under Section 1110

of the Bankruptcy Code (the "**Section 1110 Period**") with respect to the Aircraft.

NOW, THEREFORE, the Parties hereby agree, as follows:

1.    In accordance with section 6.14 of the N140LL Restructuring Agreement,

the N681DA Restructuring Agreement and the N682DA Restructuring Agreements and

section 6.15 of the N125DL Restructuring Agreement and the N126DL Restructuring

Agreement, the Parties hereby agree that the Section 1110 Period has terminated with

respect to the Aircraft.

2.    This Stipulation may be executed in multiple counterparts, any of which

22478917v3

may be transmitted by facsimile, and each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

      3.      This Stipulation shall not be modified, altered, amended or vacated without the written consent of all parties hereto.  Any such modification, alteration, amendment or vacation, in whole or in part, to the Stipulation shall be subject to the approval of the Court.

      [REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated:    New York, New York
          June 4, 2007

                            By:   /s/ Richard F. Hahn
                                  _____
                                  Michael E. Wiles (MW 0962)
                                  Joseph P. Moodhe (JM 6068)
                                  Richard F. Hahn (RH 5391)
                                  DEBEVOISE & PLIMPTON LLP
                                  919 Third Avenue
                                  New York, New York  10022
                                  Telephone:  (212) 909-6000
                                  Fax:  (212) 909-6836

                                  Special Aircraft Attorneys for Debtors and
                                  Debtors in Possession

                                  _____

June 4, 2007

By:  /s/ Leo T. Crowley
     Leo T. Crowley (LC-1311)
     PILLSBURY WINTHROP SHAW
     PITTMAN LLP
     1540 Broadway
     New York, New York 10036
     Telephone: (212) 858-1000
     Fax: (212) 858-1500

     Counsel to The Bank of New York, as
     Indenture Trustee

June 4, 2007

By:    /s/ F. Mark Fucci
       Michael J. Reilly (MR 6994)
       F. Mark Fucci (Pro Hac Vice)
       Ronald J. Silverman (RS 7762)
       BINGHAM McCUTCHEN LLP
       399 Park Avenue
       New York, New York 10022
       Telephone: (212) 705-7000
       Fax: (212) 752-5378

       Counsel to The Bank of New York, as
       Indenture Trustee

22478917v3

The terms of the Stipulation as set forth above are SO ORDERED this 25th day of June, 2007.

/s/ Adlai S. Hardin, Jr.

HONORABLE ADLAI S. HARDIN
UNITED STATES BANKRUPTCY JUDGE

22478917v3